IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
ROSE A. PASTORE                     ) Case No. 15 B 03707
                                    ) Hon. JACK B. SCHMETTERER
                                    ) Chapter 7
             Debtor                 )

# CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on April 5, 2016 mailed a copy of the Notice of Final Report (NFR) to the following:

Rose A. Pastore, the debtor
14210 S. 87th Avenue
Orland Park, IL 60462

Peter C. Nabhani, attorney for the debtor
Law Office of Peter C. Nabhani
77 W. Washington Street
Chicago, IL 60602

Note: No creditors have filed claims.

   /s/ Allan J. DeMars
Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603