# UNITED STATES BANKRUPTCY COURT
NORTHERN    DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROSE A. PASTORE § Case No. 15-3707
§ Hon. JACK B. SCHMETTERER
§ Chapter 7
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $15,120.00 | Assets Exempt: | $26,400.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $308,117.54 | Claims Discharged Without Payment: | $1,482.00 |
| Total Expenses of Administration: | $25,811.50 | | |

3) Total gross receipts of $422,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $348,929.04 (see **Exhibit 2**), yielded net receipts of $73,070.96 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $272,066.39 | $297,899.50 | $297,899.50 | $297,899.50 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $62,798.99 | $62,798.99 | $62,798.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,482.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS** | $273,548.39 | $360,698.49 | $360,698.49 | $360,698.49 |

4) This case was originally filed under chapter  7  on 02/04/2015 .
The case was pending for     18   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2016                    By: /s/ ALLAN J. DeMARS
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| sale of debtor's residence | 1110-000 | $422,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$422,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Cook County Collector | real estate taxes paid at closing | 2820-000 | $6,754.04 |
| North American Title | sellers closing costs | 2500-000 | $3,461.00 |
| Rose A. Pastore | homestead paid at closing | 8100-002 | $15,000.00 |
| Rose A. Pastore | surplus to debtor | 8200-002 | $46,301.51 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$71,516.55** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| no claim filed but lien paid at closing | PNC MORTGAGE (paid at closing) | 4110-000 | $272,066.39 | $297,899.50 | $297,899.50 | $297,899.50 |
| **TOTAL SECURED CLAIMS** | | | **$272,066.39** | **$297,899.50** | **$297,899.50** | **$297,899.50** |

UST Form 101-7-TDR (10/1/2010)

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Paul J. Hendershott; realtor commission paid at closing | 3510-000 | N/A | $21,100.00 | $21,100.00 | $21,100.00 |
| Paul J. Hendershott | 3520-000 | N/A | $2,394.00 | $2,394.00 | $2,394.00 |
| US Bankruptcy Ct. | 2700-000 | N/A | $176.00 | $176.00 | $176.00 |
| Lois West/Popowcer Katten | 3410-000 | N/A | $841.50 | $841.50 | $841.50 |
| Stuart Spiegel | 3110-000 | N/A | $1,300.00 | $1,300.00 | $1,300.00 |
| Allan J. DeMars | 2100-000 | N/A | $19,946.45 | $19,946.45 | $19,946.45 |
| Allan J. DeMars | 2200-000 | N/A | $30.50 | $30.50 | $30.50 |
| Allan J. DeMars | 3110-000 | N/A | $6,792.50 | $6,792.50 | $6,792.50 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $52,580.95 | $52,580.95 | $52,580.95 |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 3 SCHEDULED NO CLAIM FILED | $1,482.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | $1,482.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT "A" FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No.: 15-03707

Case Name: ROSE A. PASTORE

For Period Ending: 3/31/16

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 2/4/15   (F)

§341(a) Meeting Date: 5/13/15

Claims Bar Date: 8/14/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence at 14210 S. 87th Avenue Orland Park, IL | 480,000.00 | 75,000.00 | | 422,000.00 | FA |
| 2 | cash | 200.00 | 0.00 | | 0.00 | FA |
| 3 | checking account | 20.00 | 0.00 | | 0.00 | FA |
| 4 | household furnishings | 14,800.00 | 0.00 | | 0.00 | FA |
| 5 | glassware, art objects | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | wearing apparel | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2005 Volkswagon Passat | 4,500.00 | 0.00 | | 0.00 | FA |
| 8 | 401K (U) | 207.44 | 0.00 | | 0.00 | FA |

TOTALS (Excluding unknown values)                     75,000.00                              422,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing: sale of debtor's residence for $422,000.00

Initial Projected Date of Final Report (TFR):   March, 2016            Current Projected Date of Final Report (TFR):   3/28/16

EXHIBIT "A" - FORM 2
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 15-03707  
Case Name: ROSE A. PASTORE  
Taxpayer ID#: xx-xxx1416  
For Period Ending: 3/31/17  

Trustee's Name: Allan J. DeMars  
Bank Name: Wells Fargo  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking Acct#: xxxxxx4672  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 2/23/16 | Ref 1 | Jacquez/North American Title | Gross sales price $422,000.00<br><br>Less amounts paid through escrow:<br><br>PNC mortgage payoff: $297,899.50<br><br>Realtor's commission: $21,100.00<br><br>real estate taxes: $6,757.04<br><br>closing costs: $3,461.00<br><br>homestead exemption: $15,000.00<br><br>NET PROCEEDS FROM CLOSING | 1110-000<br><br><br><br>4110-000<br><br><br>3510-000<br><br><br>2820-000<br><br><br>2500-000<br><br><br>8100-002 | 77,782.46 | | 77,782.46 |
| 3/8/16 | | Wells Fargo | check printing charge | 2600-000 | | 41.85 | 77,740.61 |
| 3/9/16 | Check 1001 | Clerk US Bankruptcy Court | payment of deferred filing fee | 2700-000 | | 176.00 | 77,564.61 |
| 3/22/16 | | Wells Fargo | reversal of check printing charge | 2600-000 | | (41.85) | 77,606.46 |
| 3/24/16 | Check 1002 | Lois West/Popowcer Katten, Ltd. | accountant's fees | 3410-000 | | 841.50 | 76,764.96 |
| 3/24/16 | Check 1003 | Stuart Spiegel | attorney for trustee fees | 3110-000 | | 1,300.00 | 75,464.96 |
| 3/24/16 | Check 1004 | Paul J. Hendershott | reimbursement of expenses | 3520-000 | | 2,394.00 | 73,070.96 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 3/31/16 | | Wells Fargo | bank service charge | 2600-000 | | 2.00 | 73,068.96 |
| 4/8/16 | | Wells Fargo | reversal | 2600-000 | | (2.00) | 73,070.96 |
| 4/26/16 | Check 1005 | Allan J. DeMars | trustee's fees | 2100-000 | | 19,946.45 | 53,124.51 |
| 4/26/16 | Check 1006 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 30.50 | 53,094.01 |
| 4/26/16 | Check 1007 | Allan J. DeMars | attorney's fees | 3110-000 | | 6,792.50 | 46,301.51 |
| 4/26/16 | Check 1008 | Rose A. Pastore | surplus to debtor | 8200-002 | | 46,301.51 | 0.00 |

```
                                          COLUMN TOTALS    422,000.00   422,000.00      0.00
                              Less: Bank transfers/CD
                                Subtotal
                              Less: Payments to debtor(s)   61,301.51    61,301.51
                              Net                          360,698.49   360,698.49      0.00

                                                                          NET
     TOTAL - ALL ACCOUNTS                             NET  DEPOSITS   DISBURSEMENTS   BALANCES
     Checking#    XXXXXX4672                             360,698.49    360,698.49        0.00
     Money Market #
     Savings #
     CD #CDI
     Net                                                 360,698.49    360,698.49        0.00
                                                     Excludes account  Excludes payments  Total Funds
                                                       transfers         to debtor         on Hand
```